IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>  Plaintiff,<br><br>  vs.<br><br>ZACHARY B., by and through his parent, JENNIFER B.,<br><br>  Defendant. | CIVIL NO. 08-00499 JMS-LEK<br><br>ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER ON DEFENDANT'S NONHEARING MOTION FOR AN AWARD OF ATTORNEY'S FEES |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on December 31, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 29, 2010.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge